UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-0106(4) (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY PIERRE DOSS, | |
| Defendant. | |

This matter is before the Court on defendant Anthony Pierre Doss's objection to the January 7, 2016[1] Report and Recommendation ("R&R") of Magistrate Judge Franklin L. Noel.  Judge Noel recommends denying Doss's motion to dismiss Count 1 of the Second Superseding Indictment on the ground of duplicity.  The Court has conducted a de novo review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).  Based on that review, the Court adopts the R&R insofar as it applies to Doss.

The Court agrees with Judge Noel that Count 1 charges Doss with only one crime—violating 18 U.S.C. § 924(o) by conspiring to commit an offense under 18 U.S.C. § 924(c)—in two ways:  (1) by conspiring to use or carry a firearm during and in relation to a drug trafficking crime and (2) by conspiring to possess a firearm in furtherance of a drug trafficking crime.  The Court also agrees with Judge Noel that any risk of duplicity

---

[1] Judge Noel signed the R&R on January 5, but it was not entered on the docket until January 7.

can be fully addressed by giving the jury a unanimity instruction—that is, by instructing the jurors that they cannot find Doss guilty under Count 1 unless they unanimously find that he conspired to use or carry a firearm during and in relation to a drug trafficking crime *or* unanimously find that he conspired to possess a firearm in furtherance of a drug trafficking crime *or* unanimously find that he entered into both types of conspiracy.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES Doss's objection [ECF No. 299] and ADOPTS the January 7, 2016 R&R [ECF No. 287] insofar as it applies to Doss.  IT IS HEREBY ORDERED THAT Doss's motion to dismiss  Count 1 of the Second Superseding Indictment [ECF No. 142] is DENIED.

Date:  February 1, 2016            s/Patrick J. Schiltz
                                   Patrick J. Schiltz
                                   United States District Judge